UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SAMSUNG DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: ALL ACTIONS* | No. 1:23-md-03055<br>MDL 3055<br><br>**ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion to Dismiss Plaintiffs' Fourth Amended Consolidated Complaint for Lack of Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), or alternatively for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6), and a Motion to Strike Class Allegations by Defendant Samsung Electronics America, Inc. ("Defendant" or "Samsung"). (ECF Nos. 161, 163). For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this  11th  day of  December , 2024,

**ORDERED** that Defendant's Motion to Dismiss, (ECF No. 161), is **GRANTED** in its entirety. Plaintiffs' Fourth Amended Consolidated Complaint is dismissed with prejudice; it is further

**ORDERED** that those actions initiated in state courts, Docket Nos. 23-915, 23-917, 23-918, and 23-1019, are **REMANDED** back to the state courts. The Clerk of the Court shall mail a copy of this Order to the Clerk in those respective state courts; it is further

**ORDERED** that the Motion to Strike Class Allegations, (ECF No. 163), is **DENIED** as moot; finally it is

      **ORDERED** that the Clerk of the Court shall close this case.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**